1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    UNITED STATES OF AMERICA,          | Case No. 3:20-po-00370-DMC-1

10                    Plaintiff,        | Citation No. F5318227

11         v.

12   CODY WYCKOFF,                       | <u>ORDER</u>

13                    Defendant.

14

15          For good cause shown and on the government's request, this action is dismissed.

16   All pending hearing dates are vacated.

17          IT IS DO ORDERED.

18   Dated:  March 15, 2024

19                                       _____
                                         DENNIS M. COTA
20                                       UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

                                        1